UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIHRAN MOSKO, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS LAFFERTY and BARRY GOLNER, in their individual capacities, and THE CITY OF LOWELL, <br><br> Defendants. | Civil Action No. 15-12159-IT |

### [proposed] ORDER REGARDING LIMITED CONSOLIDATION

Having reviewed the parties' Joint Motion for Limited Consolidation, the Court ALLOWS the motion and orders as follows. The parties may use in the instant case any documents, testimony, and other materials obtained through discovery in the *Santiago v. Lafferty et al.*, C.A. No. 13-12172-IT, *Sothy v. Lafferty et al.*, C.A. No. 12-12302-IT, and *Kuria v. Lafferty et al.*, C.A. No. 13-12303-IT cases. Any materials designated as confidential or highly confidential in the *Santiago*, *Sothy*, and *Kuria* cases will retain that designation and remain subject to the terms of this Court's protective order.

IT IS SO ORDERED.

By the Court,

/s/ Indira Talwani
Hon. Indira Talwani
United States District Judge

Dated: 10/21/15